Northern District Of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43604

**Case No. 09−34616−maw**

**In re:**
  Donita Sue Reed
  **Aka** −Donita Reed Carman
  1413 Whetstone
  Bucyrus, OH 44820

**Social Security No.:**
  xxx−xx−7598

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

**Dated:** December 22, 2009      For the Court
Form ohnb132      Kenneth J. Hirz, Clerk